```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**OLIN MATICE GASKINS,**

        Plaintiff,

v.                            Civil Action No. 2:19-CV-00472

**SGT. P.M. EDELEN and
JOHN DOE #3, DEA agent,**

        Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on November 10, 2021 (ECF No. 80); and the magistrate judge having recommended that the court deny the plaintiff's pending motions to amend with the exception that he be granted leave to supplement the prayer for relief in his pending amended complaint to include the damages sought in ECF Nos. 71 and 72; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings and recommendation made in the Proposed Findings and Recommendation of the magistrate judge (ECF No. 80) be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is further ORDERED that:

1. Plaintiff Gaskins' Motion to Amend Complaint to Join Principal and Agent as Defendants in Alternative (ECF No. 70) be, and hereby is, denied.

2. Plaintiff Gaskins' Motion to Amend Complaint (ECF No. 71) and Motion to Amend Complaint to add false imprisonment claim (ECF No. 72) be, and hereby are, denied, with the exception that Gaskins is granted leave to supplement the prayer for relief in his pending amended complaint to include the damages sought in ECF Nos. 71 and 72.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and United States Magistrate Judge Eifert.

ENTER: January 24, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge